UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-14117-CIV-MARTINEZ/Maynard

ARSENIO DAMAR BEY,

       Plaintiff,

v.

STATE OF FLORIDA,

       Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Report and Recommendation ("R&R") of the Honorable Shaniek M. Maynard, United States Magistrate Judge, recommending that this case be dismissed without prejudice for failure to comply with Court Orders and failure to prosecute, [ECF No. 13].

The Court has reviewed the entire file and record, and to date, no objections have been filed to the R&R. The deadline to file objections has now expired. The failure to timely file objections bars the parties from a *de novo* determination by the District Judge of an issue covered in the R&R and bars the parties from attacking on appeal unobjected-to factual and legal conclusions contained in the R&R. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016). Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** that:

1. Judge Maynard's R&R [ECF No. 13] is **AFFIRMED** and **ADOPTED**.
2. This case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court Orders and failure to prosecute.
3. This case is **CLOSED**. Any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 21 day of July 2026.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     Magistrate Judge Maynard
       all counsel of record